**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEREMY BANEY,** | : | **CIVIL ACTION NO. 1:09-CV-1012** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **TRANS UNION,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 7th day of January, 2010, upon consideration of the report (Doc. 14) of the magistrate judge, recommending that defendant's motion (Doc. 11) for voluntary dismissal with prejudice be granted, and, following an independent review of the record, it appearing that the parties have jointly stipulated to dismissal of the above-captioned matter with prejudice, it is hereby ORDERED that:

1.   The report and recommendation (Doc. 14) of the magistrate judge is ADOPTED.

2.   The motion (Doc. 11) to dismiss with prejudice is GRANTED.

3.   The Clerk of Court is instructed to CLOSE this case.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge